IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SERVSTOR TECHNOLOGIES LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>*Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00182-JRG-RSP<br>(LEAD CASE) |
| v.<br><br>ATOS SE,<br><br>*Defendant*. | § § § § § § § | CIVIL ACTION NO. 2:23-CV-00106-JRG-RSP<br>(MEMBER CASE) |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by ServStor Technologies LLC ("Plaintiff"). (Dkt. No. 48.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed with prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action asserted by Plaintiff against Defendant Atos SE of Member Case No. 2:23-CV-00106 are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:23-CV-00106 as no parties or claims remain, and **MAINTAIN AS OPEN** the above-captioned Lead Case.

**So ORDERED and SIGNED this 18th day of October, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE